THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE GRANT, Appellant

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Hernandez,* 71 NY2d 233, 245; *People v Vailes,* 150 AD2d 406). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.